## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

TABITHA KILES, individually and as a
representative of a Class of Participants and
Beneficiaries of The Goodyear Tire & Rubber
Company Health and Welfare Plan for Salaried
Employees and The Goodyear Tire & Rubber
Company Health and Welfare Plan for Hourly
Employees

          Plaintiff,

     v.

THE GOODYEAR TIRE & RUBBER
COMPANY,

        Defendant.

Case No.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.5, Plaintiff, TABITHA KILES, individually and as representative of a Class of Participants and Beneficiaries of The Goodyear Tire & Rubber Company Health and Welfare Plan for Salaried Employees and The Goodyear Tire & Rubber Company Health and Welfare Plan for Hourly Employees ("Plaintiffs"), respectfully moves this Court for an Order permitting Paul M. Secunda to appear *pro hac vice* and participate in the above-captioned matter as counsel for Plaintiff, and further states in support thereof as follows:

1.     Paul M. Secunda is a Partner at the law firm of Walcheske & Luzi, LLC, 235 N. Executive Drive, Suite 240, Brookfield, WI 53005.

2.     Mr. Secunda is licensed and admitted to practice law before the Supreme Court of Wisconsin (Bar No. 1074127, admitted on May 10, 2009), and he is in good standing with the United States District Court for the Eastern District of Wisconsin.

3.    Mr. Secunda has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.    In support of this motion is a declaration made under the penalty of perjury pursuant to 28 U.S.C. § 1746,  attached hereto as Exhibit A.

4.    Robert R. Sparks, an active Ohio attorney in good standing, has agreed to associate with movant on this case.

5.    The involvement of Paul M. Secunda would be on behalf of Plaintiff with the undersigned acting as co-counsel.

WHEREFORE, Plaintiff, TABITHA KILES, individually and as representative of a Class of Participants and Beneficiaries of The Goodyear Tire & Rubber Company Health and Welfare Plan for Salaried Employees and The Goodyear Tire & Rubber Company Health and Welfare Plan for Hourly Employees, respectfully requests this Court to issue an Order permitting Paul M. Secunda to appear *pro hac vice* for Plaintiff and participate in the above-captioned matter.

Respectfully submitted,

/s/ Robert R. Sparks
Robert R. Sparks (0073573)
STRAUSS TROY CO., LPA
150 East Fourth St., 4th Floor
Cincinnati, Ohio 45202-4018
Telephone No.:  (513) 621-2120
Facsimile No.:  (513) 241-8259
rrsparks@strausstroy.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been filed electronically on January 9, 2026, with the U.S. District Court on Northern District of Ohio.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/ Robert R. Sparks
Robert R. Sparks