UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TABITHA KILES, individually and as a representative of a Class of Participants and Beneficiaries of The Goodyear Tire & Rubber Company Health and Welfare Plan for Salaried Employees and The Goodyear Tire & Rubber Company Health and Welfare Plan for Hourly Employees<br><br>        Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>        Defendant. | Case No. |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.5, Plaintiff, TABITHA KILES, individually and as representative of a Class of Participants and Beneficiaries of The Goodyear Tire & Rubber Company Health and Welfare Plan for Salaried Employees and The Goodyear Tire & Rubber Company Health and Welfare Plan for Hourly Employees ("Plaintiffs"), respectfully moves this Court for an Order permitting Tulio D. Chirinos to appear *pro hac vice* and participate in the above-captioned matter as counsel for Plaintiff, and further states in support thereof as follows:

1. Tulio D. Chirinos is a Partner at the law firm of Chirinos Law Firm PLLC, 202837 State Road 7, Suite 592, Boca Raton, Florida 33498.

2. Mr. Chirinos is licensed and admitted to practice law before the Supreme Court of Louisiana (Bar No. 35079, admitted on October 24, 2013) and the Supreme Court of Florida (Bar No. 1022468, admitted on April 24, 2020), and he is in good standing with the United States

District Courts for the Eastern District of Louisiana, the Western District of Louisiana, the Northern District to Florida, the Middle District of Florida, and the Southern District of Florida.

3. Mr. Chirinos has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. In support of this motion is a declaration made under the penalty of perjury pursuant to 28 U.S.C. § 1746, attached hereto as Exhibit A.

4. Robert R. Sparks, an active Ohio attorney in good standing, has agreed to associate with movant on this case.

5. The involvement of Tulio D. Chirinos would be on behalf of Plaintiff with the undersigned acting as co-counsel.

WHEREFORE, Plaintiff, TABITHA KILES, individually and as representative of a Class of Participants and Beneficiaries of The Goodyear Tire & Rubber Company Health and Welfare Plan for Salaried Employees and The Goodyear Tire & Rubber Company Health and Welfare Plan for Hourly Employees, respectfully requests this Court to issue an Order permitting Tulio D. Chirinos to appear *pro hac vice* for Plaintiff and participate in the above-captioned matter.

Respectfully submitted,

/s/ Robert R. Sparks
Robert R. Sparks (0073573)
STRAUSS TROY CO., LPA
150 East Fourth St., 4th Floor
Cincinnati, Ohio 45202-4018
Telephone No.: (513) 621-2120
Facsimile No.: (513) 241-8259
rrsparks@strausstroy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court on Northern District of Ohio. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert R. Sparks
Robert R. Sparks